UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| JENNIFER PHILLIPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:14-cv-00179-LAM-KBM |
| | ) |
| LONESTAR DISTRIBUTION | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER RESETTING DEADLINE FOR DEFENDANT'S RESPONSE
TO PLAINTIFF'S COMPLAINT**

Upon consideration of Defendant's Consent Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint, it is hereby ordered that the motion is **GRANTED**. Defendant shall have to and including Tuesday, April 29, 2014, in which to file its Answer, pleading, motion, or other response to Plaintiff's Complaint.

It is so ORDERED this 28th day of March, 2014.

_____
Karen B. Molzen, Chief Magistrate Judge
U.S. District Court, District of New Mexico